# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ARTURO CONTRERAS-LOMELI,<br><br>       Petitioner,<br><br>v.<br><br>KEVIN RAYCRAFT, in his official capacity as Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; PAMELA BONDI, in her official capacity as U.S. Attorney General; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>       Respondents. | Case No. 2:25-cv-12826<br><br>Hon. Thomas L. Ludington<br><br>Mag. Judge Patricia T. Morris |

## STIPULATED ORDER GRANTING LEAVE TO EXCEED PAGE LIMIT

The parties, by and through their undersigned counsel who are authorized to enter into this stipulated order on their behalf, stipulate and agree to, and the Court hereby orders, that Petitioner may file an enlarged reply brief no longer than 17 pages.

**IT IS SO ORDERED.**

---

HON. THOMAS L. LUDINGTON
UNITED STATES DISTRICT JUDGE

**SO STIPULATED AND AGREED BY:**

|  |  |
|---|---|
|  | Jerome F. Gorgon, Jr.<br>United States Attorney |
| */s/ Russell Reid Abrutyn* | *s/Zak Toomey (with consent)* |
| RUSSELL REID ABRUTYN (P63968) | Zak Toomey (MO 61618) |
| Abrutyn Law PLLC | Assistant U.S. Attorney |
| 15944 W. 12 Mile | 211 W. Fort St., Ste. 2001 |
| Southfield, MI 48076 | Detroit, MI 48226 |
| 248-965-9440 | 313-226-9617 |
| russell@abrutyn.com | zak.toomey@usdoj.gov |
| *Attorney for Petitioner* | *Attorneys for Respondents* |